

FILED

05/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0183

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0183

STATE OF MONTANA,

Plaintiff and Appellee,

v.

LESLIE PAUL JONES,

Defendant and Appellant.

FILED

MAY 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for Appellant Leslie Paul Jones moves this Court to withdraw because the scope of representation that had been agreed upon earlier did not include an appeal. Counsel points out that Jones has been incarcerated since his January 15, 2020 sentencing, and is thus without resources and indigent. Jones requests appointment of counsel from the Appellate Defender Division. Upon review of the motion and good cause, therefore,

IT IS ORDERED that the Motion to Withdraw is GRANTED, and that appointment of appellate counsel is GRANTED. The Appellate Defender Division shall have thirty days from the date of this Order within which to file either a Notice of Appearance or a Motion to Rescind this Order appointing counsel. In the event the Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order transcripts.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Appellate Defender Division, to counsel of record, and to Leslie Paul Jones personally.

DATED this 15ᵗʰ day of May, 2020.

For the Court,

By _____
Chief Justice